1794.

---

### JOHN MARIE *v.* SAMUEL SEMPLE.

*SAMUEL SEMPLE* had cleared, fenced, and, for several years, occupied a piece of ground, in the manor of *Pittsburgh*; but neglecting to take out a title for it, *John Marie* purchased it from the proprietaries; brought an ejectment against *Semple*, for it, and obtained possession; and now brought trespass for *mesne* profits. Evidence of *Semple's* clearing and improving the land was objected to.

PRESIDENT. The plain principles of right and wrong seem strongly to point out, that *Marie* ought not to put money in his pocket from the labour of *Semple*. The proprietaries permitted people to settle on their lands, on the presumption, that they would afterwards buy, and they gave a preference to the settler. We are inclined to admit proof, by *Semple*, that, when the land was recovered, it was in a better state by his labour,

P 4

1794.  than when he went on it.  Against this, let *Marie* shew
the advantage which *Semple* received from the occupa-
tion, and, if any, the injury, which he may have done to
it.   Let the proof therefore be admitted; but, if the
plaintiff's counsel choose to argue it again, we will re-
serve this point.

The jury found a verdict for one dollar damages.—
And the counsel for the plaintiff being satisfied with it,
there was judgment on this verdict.